**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| MARA C. SPRING,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. 4:25-cv-01048-SRW |

**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY**

Plaintiff Mara C. Spring ("Plaintiff") and Defendant The Prudential Insurance Company of America ("Prudential"), by and through their respective undersigned counsel, hereby notify the Court that on August 19, 2025, the parties reached a conditional settlement in this matter. The parties anticipate that they will be able to file a final joint notice of settlement and joint stipulation of dismissal within sixty (60) days of the filing of this notice, and the parties respectfully request that the Court stay the remaining deadlines for sixty (60) days pending the finalization of the release and settlement agreement.

WHEREFORE, the Parties respectfully notify the Court that they have reached a settlement in principle, and request that the Court enter an order staying the deadlines in the case for sixty (60) days.

| | |
|---|---|
| **Dated: August 21, 2025**<br><br>By: *<u>/s/Joshua Greatsinger</u>* <u>(with consent)</u><br><br>Joshua Greatsinger<br>MGW LAW LLP<br>1425 Memorial Drive<br>Suite B<br>Manitowoc, WI 54220<br>920-683-5800<br>Email: jgreatsinger@mgwlawwi.com<br><br>*Counsel for Plaintiff* | **Dated: August 21, 2025**<br><br>THOMPSON COBURN LLP<br><br>By: *<u>/s/Krissa P. Lubben</u>*<br>Krissa P. Lubben<br>One US Bank Plaza<br>St. Louis, MO 63101<br>Telephone: (314) 552-6389<br>Facsimile: (314) 552-7000<br>klubben@thompsoncoburn.com<br><br>Matthew A. Clabots<br>Seyfarth Shaw LLP<br>233 S. Wacker Drive, Suite 8000<br>Chicago, IL 60606<br>Tel: 312.460.5000<br>Email: mclabots@seyfarth.com<br><br>*Counsel for The Prudential Insurance Company of America* |

**CERTIFICATE OF SERVICE**

I do hereby certify that I have caused a true and correct copy of the foregoing JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY to be served upon all counsel of record on this 21st day of August, 2025:

*/s/Krissa P. Lubben*
Krissa P. Lubben
*One of the attorneys for Defendant, The Prudential Insurance Company of America*